# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

BENEFICIAL MISSISSIPPI, INC.                    PLAINTIFF/COUNTER-DEFENDANT

VS.                                                CAUSE NO. 5:07CV00203 DBC-JMR

BOBBIE J. THOMAS                               DEFENDANT/COUNTER-PLAINTIFF

### AGREED ORDER TO REMAND

Beneficial Mississippi, Inc. ("BMI") and Bobbie Thomas file this *ore tenus* motion to remand this case back to the Circuit Court of Jefferson County Mississippi (Cause No. 2007-73), and the Court finds the motion to be well-taken.  Therefore, it is:

ORDERED AND ADJUDGED that this action is hereby remanded back tot he Circuit Court of Jefferson County Mississippi (Cause No. 2007-73).  It is further ORDERED that Beneficial Mississippi, Inc. will have ten (10) days from the date of this Order to file its responsive pleading to the counterclaim of Bobbie Thomas in the Circuit Court.

SO ORDERED THIS THE __8ᵗʰ__ DAY OF NOVEMBER 2007.

_____ s/ David Bramlette _____
UNITED STATES DISTRICT COURT JUDGE

Agreed to by:


/s/ Deborah McDonald (signed by permission)
Deborah McDonald
Post Office Box 2038
Natchez, Mississippi 39121


 E. Vincent Davis
Post Office Box 1001
Natchez, Mississippi 39121

**Attorneys for Bobbie Thomas**


/s/ Mandie B. Robinson
J. Chase Bryan, MSB # 9333
C. York Craig, III , MSB # 10649
Mandie B. Robinson, MSB # 100446
Forman Perry Watkins Krutz & Tardy LLP
200 South Lamar Street
100 City Centre Building(Zip 39201)
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone: 601-960-8600
Facsimile: 601-960-8613

**Attorneys for Beneficial Mississippi, Inc.**